**COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. SECURITY–FIRST
NATIONAL BANK OF LOS ANGELES,
Executor, Estate of William M. Young,
Deceased, Respondent.**

No. 8948.

Circuit Court of Appeals, Ninth Circuit.

Oct. 3, 1938.

James W. Morris, Asst. U. S. Atty. General, for petitioner.

O. H. Chmillon, of Washington, D. C., for respondent.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review herein dismissed,

that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.